**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Joshua Stafford,** | ) | **CASE NO.**  1:12 CR 238 |
| | ) | 1:16 CV 1913 |
| | ) | |
| **Plaintiff/Respondent,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **United States of America,** | ) | <u>**Judgment Entry**</u> |
| | ) | |
| **Defendant/Petitioner.** | ) | |

     This Court, having issued its Memorandum of Opinion and Order denying defendant's Motion to Vacate Under Section 2255 (Doc. 357), hereby enters judgment for plaintiff**.** Furthermore, the Court certifies, pursuant to 28 U.S.C. §  1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); Fed. R.App.P. 22(b).

     IT IS SO ORDERED.

                                            /s/ Patricia A. Gaughan
                                            PATRICIA A. GAUGHAN
                                            United States District Judge

Dated: 10/14/16